UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
YAKOV BREVER,
                Plaintiff,

v.

CONTINENTAL CENTRAL CREDIT OF
MASSACHUSETTS, INC.,
                Defendant.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

21 CV 6637 (VB)

      The Court has been advised that the parties have reached a settlement in principle of this case. (Doc. #6). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than October 25, 2021. To be clear, any application to restore the action must be filed by October 25, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All other deadlines, scheduled conferences, or other scheduled court appearances are canceled. Any pending motions are moot.

Dated: August 26, 2021
       White Plains, NY

                                SO ORDERED:

                                _____
                                Vincent L. Briccetti
                                United States District Judge